IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID WASHINGTON, §<br>TDCJ NO. 765851 §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>§<br>PHONSO RAYFORD, ET AL., §<br>*Defendants.* § | CIVIL NO. 5:22-cv-1369<br><br>JURY DEMANDED |

**DEFENDANTS PHONSO RAYFORD AND SYLVIA CORTEZ NOTICE OF REMOVAL**

Defendants Sylvia Cortez and Phonso Rayford ("the Defendants") file this Notice of Removal of the above styled cause of action.

**NOTICE OF REMOVAL**

The Defendants remove this case pursuant to 28 U.S.C. § 1441. This case was originally filed in the District Court of the 81st/218th Judicial District of Karnes County, Texas on August 16, 2022, as Cause No. 22-09-00160-CVK. The address of the Karnes County courthouse is 101 N. Panna Maria Ave., Karnes City, Texas, 78118. On October 6, 2022, the judge presiding ordered the Office of the Attorney General for the State of Texas to file an amicus brief regarding the Plaintiff's compliance with Texas laws regarding indigent and pro se filings. Additionally, the presiding judge requested that the Office of the Attorney General for the State of Texas obtain authorization to represent the named defendants. On October 14th, 2022 the Karnes County District Clerk's office served the Attorney General's office this order. On December 12, the Attorney General's office received verbal authorization to represent Defendant Sylvia Cortez. On December 7, 2022, the Attorney's General's

1

office obtained verbal authorization to represent Defendant Rayford.[1] No formal service of the Plaintiff's petition to the Defendants has occurred.

Plaintiff brought this civil action in state court against Defendant Cortez, Defendant Rayford, and all other named Defendants under 42 U.S.C. § 1983 alleging the constitutional violation of deliberate indifference for failure to take proper action.

This Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1331, as it appears on the face of Plaintiff's petition that this cause of action arises under the Constitution and the laws of the United States. *See* Ex. B, *Plaintiffs' Original Petition.* Removal is proper under 28 U.S.C. § 1441. This removal is being filed with this Court because it is in the district and division embracing the place where the state action is pending, Karnes County, Texas, as required by 28 U.S.C. § 1441(a). No motions are pending in the state court.

Plaintiff is being served with copies of all pleadings associated with the Defendants' Notice of Removal. A copy of this notice of removal will be filed in the District Court of the 81st/218th Judicial District of Karnes County, Texas.

### ATTACHMENTS IN COMPLIANCE WITH 28 U.S.C. § 1446

Defendants advise the Court that this removal complies 28 U.S.C. § 1446, Local Rule CV-3(a). In support of this notice of removal, Defendants have attached the following as exhibits:

**Exhibit A:**  Notices of Case Sent by Karnes County District Clerk;

**Exhibit B:**  Pleadings Asserting Causes of Action, supporting documents, and additional Plaintiff Filings;

**Exhibit C:**  All Orders Signed by the Presiding Judge of the 81st/218th Judicial District;

**Exhibit D:**  Filings by the Attorney General's Office;

---

[1] All other named defendants granted authorization prior to Defendants Rayford and Cortez and consent to this removal.

**Exhibit E:**   Karnes County Docket Sheet;

**Exhibit F:**   An Index of Matters Being Filed;

**Exhibit G:**   A List of All Counsel of Record and Parties Represented.

ACCORDINGLY, the Defendants respectfully pray that this cause be removed to the United States District Court for the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Austin K. Hamby*
**Austin K. Hamby**
Assistant Attorney General
Texas State Bar No. 24105304
Southern Filing ID No. 3804760

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9994
Austin.Hamby@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS RAYFORD AND CORTEZ**

## NOTICE OF ELECTRONIC FILING

I, **Austin K. Hamby**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the foregoing in accordance with the Electronic Case Files System of the Western District of Texas on December 21, 2022.

/s/ *Austin K. Hamby*
**AUSTIN K. HAMBY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **Austin K. Hamby**, Assistant Attorney General of Texas, certify that a true copy of the foregoing **Notice of Removal** has been served by placing it in United States Mail, postage prepaid, on December 21, 2022, addressed to:

**David Washington, # 765851**            CMRRR  7020 1290 0000 7445 0429
Connally Unit
899 FM 632
Kenedy, Tx, 78119
*Plaintiff pro se*

/s/ *Austin K. Hamby*
**AUSTIN K. HAMBY**
Assistant Attorney General