UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID WASHINGTON,<br>TDCJ # 00765851,<br><br>   Plaintiff,<br><br>v.<br><br>SYLVIA CORTEZ; WARDEN PHONSO RAYFORD; ASSISTANT WARDEN ROGER BOYD; ASSISTANT WARDEN VERNET DAVIS; ET AL.,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ SA-22-CV-1369-FB<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff David Washington's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Washington's Section 1983 claims against Defendants, Senior Warden Phonso J. Rayford, Assistant Warden Vernet A. Davis, Assistant Warden Roger L. Boyd, Chief of Classification Officer Ms. Sabrina Pena, Head of Classification Mrs. Sylvia Cortez, Katherine Deleon, Christopher Garcia, Brenda Gutierrez, Francheska Longoria, Nicholas Martin, Debbie Straight, Josie Torres and Christy Wellman, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 25th day of May, 2023.

                _____
                FRED BIERY
                UNITED STATES DISTRICT JUDGE